UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ISAIAH WIMBLEY #404687,

      Petitioner,

                                    File no: 2:06-CV-265

v.

                                    HON. ROBERT HOLMES BELL

JERI-ANN SHERRY,

      Respondent.

_____/

### ORDER APPROVING MAGISTRATE'S
### REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States

Magistrate in this action. The Report and Recommendation was duly served on the parties.

No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the

opinion of the Court.

THEREFORE, IT IS ORDERED that:

Petitioner's petition for writ of habeas corpus is hereby **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED** as to each

issue raised by the petitioner in this application for habeas corpus relief because petitioner

has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. §

2253(c)(2).

Dated:   October 30, 2009            /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE